IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DALE LEIGHTON BARTA, | ) | CASE NO. 8:11CV198 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | MEMORANDUM |
| | ) | AND ORDER |
| FARM SERVICE AGENCY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court on Plaintiff's Motion for Entry of Default. (Filing No. 53.) The court granted Defendants' Motions to Dismiss, dismissing this matter without prejudice, on December 20, 2011. (Filing No. 51.) On that same date, the court entered Judgment in favor of Defendants. (Filing No. 52.) Because all Defendants timely filed Motions to Dismiss, and because the court has already entered judgment against Plaintiff, he is not entitled to the entry of default judgment against Defendants.

IT IS THEREFORE ORDERED that:

1. Plaintiff's Motion for Entry of Default (Filing No. 53) and Objection (Filing No. 56) are denied; and

2. Defendants' Objections (Filing Nos. 54 and 55) are granted.

DATED this 2nd day of March, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge

---

*This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the court has no agreements with any of these third parties or their Web sites. The court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the court.